NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RECKITT BENCKISER PHARMACEUTICALS INC., RB PHARMACEUTICALS LIMITED, MONOSOL RX, LLC,**
*Plaintiffs-Cross-Appellants*

**v.**

**WATSON LABORATORIES INC., ACTAVIS LABORATORIES UT, INC.,**
*Defendants*

**PAR PHARMACEUTICAL INC., INTELGENX TECHNOLOGIES CORP.,**
*Defendants-Appellants*

---

2016-2277, -2278, -2397, -2398

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-01674-RGA and 1:14-cv-00422-RGA, Judge Richard G. Andrews.

---

## O R D E R

The appellants inform the court that they have filed at the district court a timely motion pursuant to Rules 52(b) and 59 of the Federal Rules of Civil Procedure.

2    RECKITT BENCKISER PHARM v. WATSON LABORATORIES INC.


Such motions result in deactivation of an appeal.  *See* Practice Note to Federal Circuit Rule 4.

Accordingly,

IT IS ORDERED THAT:

These appeals are deactivated.  Within 30 days of the district court's ruling on the appellants' Rule 52(b) and 59 motion, the parties are directed to inform this court how they believe these appeals should proceed.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


s31